FILED
DEC 03 2018
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THELMA FENWICK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SOCIAL SECURITY ADMINISTRATION,)<br>)<br>Defendant. ) | Civil Action No.: 1:18-cv-02508 (UNA) |

## MEMORANDUM OPINION

This matter is before the court on its initial review of plaintiff's *pro se* complaint ("Compl.") and application for leave to proceed *in forma pauperis*. The Court will grant the *in forma pauperis* application and dismiss the case pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1), mandating dismissal of a complaint which fails to state a claim upon which relief can be granted.

Plaintiff, a Maryland resident, is suing the Social Security Administration ("SSA"). Compl. at caption. She is aggrieved regarding the handling of her request for survivor benefits relating to her mother. *Id.* at 1. Plaintiff seemingly alleges that she filed a pending claim in 2013, however, the circumstances are not entirely clear. *Id.* The complaint itself is just one page, containing little to no information. *See id.* The remaining attached documents constitute medical records or initial correspondence with defendant, neither of which shed light on the status or outcome of the SSA claim. Plaintiff fails either to identify a "final decision of the Commissioner of Social Security," 42 U.S.C. § 405(g), or to allege sufficient facts from which the Commissioner may reasonably identify the decision being challenged.

1

As such, the complaint is subject to dismissal under 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1) for failure to state a claim upon which relief may be granted. A separate Order accompanies this Memorandum Opinion.

Date: November 3, 2018

December

_____
United States District Judge